```
                                              IT IS HEREBY ADJUDGED
                                              and DECREED this is SO
                                              ORDERED.
```

**TIFFANY & BOSCO**
P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.

**Dated: January 04, 2011**



_____
**RANDOLPH J. HAINES**
**U.S. Bankruptcy Judge**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-54030

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Donald J. Sensi<br>        Debtor.<br>_____<br>Wells Fargo Bank N.A. successor by merger to Wells Fargo Home Mortgage, Inc.<br>        Movant,<br>  vs.<br><br>Donald J. Sensi, Debtor, David A. Birdsell, Trustee.<br><br>        Respondents. | No. 2:10-BK-38280-RJH<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #9) |

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated November 16, 2006 and recorded in the office of the Maricopa County Recorder wherein Wells Fargo Bank N.A. successor by merger to Wells Fargo Home Mortgage, Inc. is the current beneficiary and Donald J. Sensi has an interest in, further described as:

> A certain tract or parcel of land in Maricopa County, in the State of Arizona, described as follows:
> Lot 84, AMBERFIELD UNIT ONE, according to Book 219 of Maps, Page 8, records of Maricopa County, Arizona.

IT IS FURTHER ORDERED that Movant may contact the Debtor by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtor. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtor if Debtor's personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.